⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

MICHAEL FORD, STANDING TRUSTEE
CHAPTER 13
P.O. BOX 2388
DECATUR, ALABAMA 35602

 

FIFTH THIRD BANK
Northern KY

73-27/421

1230008

DATE: 05/13/2016
VOID 90 DAYS AFTER DATE

PAY Exactly Nine Thousand Eighty Eight And 73 / 100 Dollars

**$9,088.73**

TO THE ORDER OF:
UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
UNCLAIMED FUNDS
1800 5TH AVENUE N ROOM 120
BIRMINGHAM, AL 35203

⑈1230008⑈ ⑆042100272⑆ 748187462⑈

MICHAEL FORD, STANDING TRUSTEE · CHAPTER 13 · DECATUR, ALABAMA

Payee: UNITED STATES BANKRUPTCY COURT
Check No.: 1230008
Date: 05/13/2016

**1230008**

| Case No. | Claim | Debtor Name(s) | SSN 1 | SSN 2 | Account No. | Payment Amt. | Principal | Interest |
|---|---|---|---|---|---|---|---|---|
| 1083123 | 00008 | Leslie L Abernathy, Sr & LAURA K ABERNATHY | 5798 | 8504 | | 3.04 | 3.04 | 0.00 |
| ▓▓▓▓▓ | ▓▓ | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | | | 9,076.25 | 9,076.25 | 0.00 |
| 1181041 | 00007 | Willie S & Aretha M Thompson | 8405 | 9950 | 8905 | 7.33 | 7.33 | 0.00 |
| ▓▓▓▓▓ | ▓▓ | ▓▓▓▓▓▓▓▓▓ | 1382 | | | 0.25 | 0.25 | 0.00 |
| 1581836 | 00001 | Patricia L Wilson | 8935 | | 8935 | 1.86 | 1.86 | 0.00 |
| | | | | | TOTALS | 9,088.73 | 9,088.73 | 0.00 |

UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

May 13, 2016

COMES NOW, MICHAEL FORD, STANDING CHAPTER 13 TRUSTEE AND SUBMITS THE FOLLOWING FUNDS IN CLOSED CASES PURSUANT TO 11 U.S.C. SEC 347(a) AND BANKRUPTCY RULE 3011:

| CASE # | DEBTOR | CREDITOR | AMOUNT |
|---|---|---|---|
| 1083123 | LESLIE AND LAURA ABERNATHY | ALABAMA TITLE LOANS<br>1001 WOODWARD AVE<br>MUSCLE SHOALS, AL 35661 | 3.04 |
| 1084696 | JEFFREY MCKEE | DECATUR MEDICAL ASSOCIATES<br>C/O GATEWAY COMMERICAL BROKERAGE INC.<br>PO BOX 1663<br>DECATUR, AL 35602 | 9,076.25 |
| 1181041 | WILLIE AND ARETHA THOMPSON | ADVANCE ALABAMA<br>2926 FLORENCE BLVD<br>FLORENCE, AL 35630 | 7.33 |
| 1381695 | ETHEL BAILEY | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105028<br>ATLANTA, GA 30348 | 0.25 |
| 1581836 | PATRICIA WILSON | CMM FINANCE INC<br>2625 B WOODWARD AVE<br>FLORENCE, AL 35661 | 1.86 |
| | | | 9,088.73 |

THIS THE 13th DAY OF MAY, 2016.

MICHAEL FORD, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2388
DECATUR, AL 35602-2388
(256) 350-0442