United States Bankruptcy Court
Northern District of Alabama

In re:                                                                                         Case No. 10-84696-CRJ
Jeffrey Wayne McKee                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1126-8         User: sreaves         Page 1 of 1                Date Rcvd: Jul 19, 2016
                                Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
6706744        +Decatur Medical Associates,    Attn. Emmette Barrad,    2828 Highway 31 S,
         Decatur, AL 35603-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
          Brent A. King    on behalf of Creditor    FAMILY SECURITY CREDIT UNION bking@alabamaattorney.com,
           myarbrough@alabamaattorney.com
          James T. Baxter, III    on behalf of Creditor    T&S Properties, LLC jkey@ablesbaxter.com,
           tbaxter@ablesbaxter.com
          Kevin D. Heard    on behalf of Debtor Jeffrey Wayne McKee kheard@heardlaw.com,
           aary@heardlaw.com;kheard619@gmail.com;adauro@heardlaw.com;bstonemetz@heardlaw.com;sboyd@heardlaw.
           com;bupton@heardlaw.com
          Michael Ford    ecf@ch13decatur.com
                                                                                                                                                                       TOTAL: 4

2100 B (12/15)

# United States Bankruptcy Court

NORTHERN DISTRICT OF ALABAMA
Case No. 10-84696-CRJ13
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey Wayne McKee
2809 Overton Rd.
Huntsville Al 35801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/19/2016.

Name and Address of Alleged Transferor(s):

Claim No. 7: Decatur Medical Associates, Attn. Emmette Barrad, 2828 Highway 31 S, Decatur, AL 35603

Name and Address of Transferee:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/21/16

Joseph E. Bulgarella
**CLERK OF THE COURT**